IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,    :

    Plaintiff    :

v.    :    Civil No. AMD-98-2702

JAMES E. WILLS, JR.,    :

    Defendant    :

### ORDER

The Court having considered the Plaintiff's Motion to Vacate Default Judgment, it is this 28th day of May, 2002, ORDERED:

1. That the Judgment by Default entered in favor of the Plaintiff and against the Defendant on April 22, 1999 BE, and the same HEREBY IS VACATED.

2. That the case is DISMISSED without prejudice with each party to bear its own costs; and

3. That the Clerk of the Court shall send copies of this Order to Defendant and Plaintiff.

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE